UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: Gary Thomas Stevens, | ) | Chapter 13 |
|     Michelle Huetter Stevens, | ) | Case No., 14-69570-mhm |
|   Debtors. | ) | |
| | ) | |
| | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## **WITHDRAWAL OF DOCKET ENTRY 23**

Docket entry number 23 is hereby withdrawn due to incorrect filing.

This 22nd day of December, 2014.

                                                                         PURCELL LAW FIRM, P.C.

125 Townpark Dr.
Ste. 300                                                    /s/ Matthew E. Purcell
Kennesaw, GA 30144                            Matthew E. Purcell
678-296-1106                                         Attorney for Debtor
                                                                    Bar # 159093

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: Gary Thomas Stevens, | ) | Chapter 13 |
| Michelle Huetter Stevens, | ) | Case No., 14-69570-mhm |
| Debtors. | ) | |
| | ) | |
| | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| Gary Thomas Stevens, | ) | |
| Michelle Huetter Stevens, | ) | |
| | ) | **CONTESTED MATTER** |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Real Time Resolutions, Inc., | ) | |
| | ) | |
| Respondent, | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the day stated below, a copy of the attached **Withdrawal of Docket Entry 23** will be mailed by, depositing a copy of the same in the United States mail, in a properly addressed envelope, with sufficient postage and to insure delivery to:

Chapter 13 Trustee, Adam M. Goodman, Suite 200, 260 Peachtree Street, Atlanta, GA 30303 and:

Real Time Resolutions, Inc., c/o Christopher Gramlich Chief Operating Officer, 1349 Empire Central Drive, Suite #150, P.O. Box 36655, Dallas, Texas 75247-4029 (by certified mail) and;

Richard Maner, Attorney for Ocwen Loan Servicing LLC, 5775 Glenridge Drive, Building D, Suite 100, Atlanta, GA 30328 (by certified mail) and;

Gary and Michelle Stevens, 1476 Fallsbrook Court, Acworth, GA 30101.

This 22nd day of December, 2014.

                                            PURCELL LAW FIRM, P.C.

125 Townpark Dr.
Ste. 300                                          /s/ Matthew E. Purcell
Kennesaw, GA 30144                      Matthew E. Purcell
678-296-1106                                Attorney for Debtor
                                                Bar # 159093