UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TRUSTEE'S SUPPLEMENTAL REPORT

FOLLOWING CONFIRMATION HEARING ON MARCH 19, 2015

CASE NO.:  14-69570-MHM

DEBTORS:  GARY THOMAS STEVENS
MICHELLE HUETTER STEVENS

**TRUSTEE TO REPORT BACK IN 10 DAYS**

Whether Debtors have cured the delinquency in Plan payments and requested an Employment Deduction Order.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

Trustee withdraws objection to confirmation and recommends confirmation.

Dated: This the 9 day of April, 2015.

/s/
Mandy K. Campbell,
GA Bar No. 142676
Attorney for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

Adam M. Goodman, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| GARY THOMAS STEVENS and | ) | |
| MICHELLE HUETTER STEVENS, | ) | CASE NO.: 14-69570-MHM |
| | ) | |
| DEBTORS. | ) | |

14-69570-MHM            **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):

    GARY THOMAS STEVENS
    MICHELLE HUETTER STEVENS
    1476 FALLSBROOK COURT
    ACWORTH, GA  30101

    DEBTOR(S) ATTORNEY:

    PURCELL LAW FIRM, P.C.
    125 TOWNPARK DRIVE
    SUITE 300
    KENNESAW, GA  30144

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

April 9th, 2015

/s/
Mandy K. Campbell
GA Bar No. 142676
Attorney for Adam M. Goodman, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:   678-510-1450