**IT IS ORDERED as set forth below:**



**Date: October 31, 2016**

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GARY THOMAS STEVENS, ) | CHAPTER 13 |
| MICHELLE HUETTER STEVENS, ) | |
| ) | CASE NO. 14-69570-LRC |
| DEBTORS. ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ) | JUDGE: LISA RITCHEY CRAIG |
| ) | |
| OCWEN LOAN SERVICING, LLC, AS ) | |
| SERVICER FOR U.S. BANK NATIONAL ) | |
| ASSOCIATION, *et al.* ) | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| ) | CONTESTED MATTER |
| MOVANT. ) | |
| V. ) | |
| ) | |
| GARY THOMAS STEVENS, ) | |
| MICHELLE HUETTER STEVENS, ) | |
| ADAM M. GOODMAN, TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

### ORDER MODIFYING AUTOMATIC STAY

OCWEN LOAN SERVICING, LLC, AS SERVICER FOR U.S. BANK NATIONAL

ASSOCIATION, AS TRUSTEE FOR TBW MORTGAGE-BACKED TRUST SERIES 2006-5,

1

TBW MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5, for itself and its successors and assigns ("Movant"), filed a Motion for Relief from Automatic Stay on 06/28/2016 [Doc No. 60], came and set it for hearing on 07/28/2016 and continued it to 09/01/2016, 09/01/2016, 09/15/2015, and 10/13/2016.  Movant contends Debtors are in arrears on post-Chapter 13 Petition payments to Movant; no opposition to the Motion was filed or announced at the hearing; Movant asserts that the Motion was properly served and hearing noticed; accordingly,

**IT IS HEREBY ORDERED** that the Automatic Stay pursuant to 11 U.S.C. § 362 is hereby **MODIFIED** to allow Movant, its successors or assigns, to proceed with its state law and contract rights and remedies as to its collateral, 1476 FALLSBROOK COURT, ACWORTH, GA 30101 (the "Property"), and to foreclose or otherwise dispose of the Property, including, but not limited to, dispossessory proceedings and collection of fees, or take action against the Property as necessary in order for Movant to recover upon its secured claim to the Property. At its option, Movant may contact Debtors via telephone or written correspondence to offer, provide or enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement including a deed in lieu as allowed by state law.  The entry of this order does not absolve Debtors of the duty to file any necessary pleadings, amendments, or plan modifications that may be required with regard to such a loan modification.  It is further

**ORDERED** that, upon the completion of any foreclosure sale, any funds in excess of the payoff due to Movant under its Note and Security Deed shall be promptly paid to the Trustee for the benefit of the estate. It is further

**ORDERED** that the stay pursuant to Bankruptcy Rule 4001(a)(3) is waived. It is further

**ORDERED** that the Chapter 13 Trustee shall cease payment on Movant's claim [Claim No. 5] instanter.

## END OF DOCUMENT

PREPARED AND SUBMITTED BY:

*/S/ C. Brent Wardrop*_____
C. Brent Wardrop
Georgia Bar No. 553733
Weissman, P.C.
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta , Georgia 30326
Tel.: 404-926-4500 / Fax: 404-926-4600
brentw@weissman.law
*ATTORNEYS FOR MOVANT*



NO OPPOSITION:

*/S/ Mandy K. Campbell*_____
Mandy K. Campbell
Staff Attorney for Adam M. Goodman
Georgia Bar No. 142676
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

DISTRIBUTION LIST

GARY THOMAS STEVENS
1476 FALLSBROOK COURT
ACWORTH, GA 30101

MICHELLE HUETTER STEVENS
1476 FALLSBROOK COURT
ACWORTH, GA 30101

MATTHEW E. PURCELL
SUITE 300
125 TOWNPARK DRIVE
KENNESAW, GA 30144

ADAM M. GOODMAN
SUITE 200
260 PEACHTREE STREET
ATLANTA, GA 30303