**IT IS ORDERED as set forth below:**

**Date: December 30, 2016**



_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **GARY THOMAS STEVENS and** | ) | CASE NO. **14-69570-LRC** |
| **MICHELLE HUETTER STEVENS,** | ) | |
|    DEBTORS. | ) | |

**CONSENT ORDER**

On September 26, 2016, the Chapter 13 Trustee filed a *Motion to Dismiss or Modify Plan* (Doc. No. 67), which came on for hearing December 1, 2016 upon notice to Debtors and Debtors' attorney. Debtors and Trustee reached an agreement, pursuant to which it is hereby

**ORDERED** that the Plan base[1] shall be increased by $4,356.00 to account for the 2015 income tax refund. It is further

**ORDERED** that the Plan payment is increased by $128.00 per month, from

_____

[1] The "Plan base" is the *applicable commitment period* multiplied by payments designated in the Plan, plus such other amounts as may be added to *disposable income* during the life of the Plan (such as tax refunds and other sums designated by the Plan or by order of the Court). 11 U.S.C. § 1322 (d) and §1325(b)(1)(B) and (b)(4).

$1,401.00 to $1,529.00 per month, commencing with the Plan payment due December, 2016, in order to fund the base increase within term.

The Clerk, U.S. Bankruptcy Court, is directed to serve a copy of this order upon Debtor, Debtor's attorney, and the Chapter 13 Trustee.

**[END OF DOCUMENT]**

Prepared and Presented by:

/s/

Mandy K. Campbell, Attorney
For the Chapter 13 Trustee
GA Bar No.: 142676
260 Peachtree Street
Suite 200
Atlanta, GA  30303
TEL: 678-510-1444

Consented to by:

_____/s/_____(with express permission)
Matthew E. Purcell, Esq.
Georgia Bar No. 159093
Purcell Law Firm
125 Townpark Drive
Suite 300
Kennesaw, GA 30144
TEL: 678-310-9009