**IT IS ORDERED as set forth below:**

**Date: July 26, 2017**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| GARY THOMAS STEVENS, | ) | CASE NO. 14-69570 – LRC |
| MICHELLE HUETTER STEVENS, | ) | |
| Debtors | ) | |

**ORDER**

On December 28, 2016, a Motion of Debtors to Approve Loan Modification was filed (Doc. No. 70). The motion was set for hearing January 26, 2017 but was removed from the calendar due to insufficient service. Debtors' Counsel failed to reset the matter for hearing, therefore

**IT IS ORDERED** that the Motion is *denied* without prejudice for want of prosecution.

[END OF DOCUMENT]

DISTRIBUTION LIST

Michelle Huetter Stevens
1476 Fallsbrook Court
Acworth, GA 30101

Gary Thomas Stevens
1476 Fallsbrook Court
Acworth, GA 30101

Matthew E. Purcell
Purcell Law Firm
Suite 300
125 Townpark Drive
Kennesaw, GA 30144

Adam M. Goodman, 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

C. Brent Wardrop
Weissman PC
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, GA 30326

Ronald Faris - President/CEO
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409