**IT IS ORDERED as set forth below:**

**Date: March 7, 2018**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| GARY THOMAS STEVENS, ) | CASE NO. 14-69570 – LRC |
| MICHELLE HUETTER STEVENS, ) | |
| Debtors ) | |

## ORDER

On August 1, 2017, a Motion of Debtor's to Approve Loan Modification was filed (Doc. No. 80). At the hearing held August 24, 2017, the Court granted the Motion. The Debtors' Attorney has failed to submit a no opposition order in this matter, therefore

**IT IS ORDERED** that the Motion is *denied* without prejudice for want of prosecution.

The Clerk of Court is directed to serve a copy of this Order on the Debtors, Debtors' Counsel, Chapter 13 Trustee and all creditors and parties in interest on the attached mailing matrix.

[END OF DOCUMENT]

```
Label Matrix for local noticing          AmerAssist/AK Solutions               American Agencies LLC
113E-1                                   Attn: Kovacks                         2491 Paxton St
Case 14-69570-lrc                        460 Polaris Parkway      Ste. 20      Harrisburg, PA 17111-1036
Northern District of Georgia             Westerville, OH 43082-8212
Atlanta
Tue Mar  6 13:44:58 EST 2018

American Infosource LP                   (p)BANK OF AMERICA                    Benfcl/hfc
PO Box 268941                            PO BOX 982238                         Po Box 3425
Oklahoma City, OK 73126-8941             EL PASO TX 79998-2238                 Buffalo, NY 14240-3425


(p)BOULDER CREDIT SERVICES               Boulder Credit Services               Brookstone HOA
3250 W BIG BEAVER ROAD STE 101           PO Box 1259                           c/o Rome & Associates PC
TROY MI 48084-2902                       Troy, MI 48099-1259                   707 Whitlock Ave Ste E15
                                                                               Marietta, GA 30064-3098


Capital 1 Bank                           Cavalry Portfolio Services            Cavalry SPV I
Attn: Bankruptcy Dept.                   500 Summit Lake Dr                    PO Box 27288
Po Box 30285                             Ste 400                               Tempe, AZ 85285-7288
Salt Lake City, UT 84130-0285            Valhalla, NY 10595-2322


Cavalry SPV I, LLC                       Cba Ng                                Cobb EMC
500 Summit Lake Drive, Ste 400           64 Sailors Dr Ste 102                 PO Box 369
Valhalla, NY 10595-1340                  Ellijay, GA 30540-3744                Marietta, GA 30061-0369


Melissa J. Davey                         Eastside Medical Center               Enhanced Recovery Corp
Melissa J. Davey, Standing Ch 13 Trustee PO Box 1927                           Attention: Client Services
Suite 200                                Greenville, SC 29602-1927             8014 Bayberry Rd
260 Peachtree Street, NW                                                       Jacksonville, FL 32256-7412
Atlanta, GA 30303-1236


Everest Acquistion LLC                   GECRB/JC Penny                        GMAC
177 Washington Ave                       Attention:  Bankruptcy                PO Box 4622
Marietta, GA 30090-4905                  Po Box 103104                         Waterloo, IA 50704-4622
                                         Roswell, GA 30076-9104


Galaxy Asset Purchasing                  Gas South                             Geico Card/Merrick Bank
4730 South Fort Apache Rd                PO Box 4298                           PO Box 9201 Old Bethpage
Ste 300                                  Atlanta, GA 30302-4298                Old Bethpage, NY 11804-9001
Las Vegas, NV 89147-7947


Green Point Savings                      Greenpoint Mortgage                   HFC/Beneficial Mtg Services
Po Box 130424                            7933 Preston Rd                       Attn: Bankruptcy
Roseville, MN 55113-0004                 Montezuma, GA 31063                   961 Weigel Dr
                                                                               Elmhurst, IL 60126-1058


HSBC Bank                                Homeward Residential                  Household Finance
PO Box 30253                             1525 S Beltline                       PO Box 9068
Salt Lake City, UT 84130-0253            Coppell, TX 75019-4913                Brandon, FL 33509-9068
```

```
Brian K. Jordan                    Kramer, Linkie & Taylor, LLC        LVNV Funding LLC
Aldridge Pite, LLP                 3565 Piedmont Road, Bldg 4          PO Box 10587
Suite 500 - Fifteen Piedmont Center Suite 205                          Greenville, SC 29603-0587
3575 Piedmont Road, NE             Atlanta, GA 30305-8204
Atlanta, GA 30305-1636


Medical Data Systems I             Merrick Bank                        Midland Funding
Attn: Bankruptcy                   PO Box 10368                        8875 Aero Dr Ste 200
2001 9th Ave Ste 312               Greenville, SC 29603-0368           San Diego, CA 92123-2255
Vero Beach, FL 32960-6413



Ocwen Loans                        Option One Mortgage Co/American Home Mor   Outsource Receivables
PO Box 6440                        Ahmsi, Inc                          372 24th St Ste 300
Carol Stream, IL 60197-6440        P.O.Box  631730                     Ogden, UT 84401-1438
                                   Irving, TX 75063-0002



Matthew E. Purcell                 Quantum3 Group LLC                  Real Time Resolutions, Inc.
Purcell Law Firm                   PO Box 788                          1349 Empire Central Drive, Suite #150
Suite 300                          Kirkland, WA 98083-0788             Dallas, TX 75247-4029
125 Townpark Drive
Kennesaw, GA 30144-5812


Real Time Resolutions, Inc.        Real Time Resolutions, Inc.         (p)REAL TIME RESOLUTIONS INC
1349 Empire Central Drive          1349 Empire Central Drive, Suite #150   PO BOX 36655
Suite 150                          Dallas, Texas 75247-4029            DALLAS TX 75235-1655
Dallas, TX 75247-4029



Resurgent Capital Svcs             Rome & Associates, PC               Stallings Fin Group
55 Beattie Pl #110                 707 Whitlock Ave., Ste E-15         Po Box 4430
Greenville, SC 29601-5115          Marietta, GA 30064-3098             Marietta, GA 30061-4430




Gary Thomas Stevens                Michelle Huetter Stevens            Taylor Bean & Whitaker
1476 Fallsbrook Court              1476 Fallsbrook Court               4901 Vineland Rd
Acworth, GA 30101-7809             Acworth, GA 30101-7809              Ste 120
                                                                       Orlando, FL 32811-7187



Tek-collect Inc                    U.S. Bank National Association      C. Brent Wardrop
Pob 1269                           c/o Ocwen Loan Servicing, LLC       Weissman PC
Columbus, OH 43216-1269            Attn: Bankruptcy Department         One Alliance Center, 4th Floor
                                   P.O. BOX 24605                      3500 Lenox Road
                                   West Palm Beach,FL 33416-4605       Atlanta, GA 30326-4228


Weissman Nowack Curry Wilco
One Alliance Center, 4th Floor
3500 Lenox Rd.
Atlanta, GA 30326-4228
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank of America                  Boulder Credit Services         (d)Fleet Cc/Bank of America
PO Box 982235                    3290 W Big Beaver Rd             Attn: Bankruptcy
El Paso, TX 79998                Ste 425                          4161 Piedmont Pkwy
                                 Troy, MI 48084                   Greensboro, NC 27420


Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #150
PO Box 36655
Dallas, Texas 75247-4029
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ocwen Loan Servicing, LLC     (u)U.S. Bank National Association    End of Label Matrix
                                                                      Mailable recipients   54
                                                                      Bypassed recipients    2
                                                                      Total                 56
```