UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-69570-LRC |
| | ) | |
| GARY THOMAS STEVENS | ) | CHAPTER 13 |
| MICHELLE HUETTER STEVENS | ) | |
| | ) | |
| Debtor. | ) | |

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Re-Notice of Hearing on Motion to Ratify Loan Modification (Docket #92) in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Melissa J. Davey, Chapter 13 Trustee
260 Peachtree St NE #200
Atlanta, GA 30303

Gary Thomas Stevens
Michelle Huetter Stevens
1476 Fallsbrook Court
Acworth, GA 30101

U.S. Bank National Association, as Trustee for TBW Mortgage-Backed
Trust Series 2006-5, TBW Mortgage Pass-Through Certificates,
Series 2006-5
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. BOX 24605
West Palm Beach, FL 33416-4605[1]

Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Attn: Christopher Kelley[2]

---

[1] Address for notices per Proof of Claim No. 5-1 filed in Case No. 14-69570
[2] Signatory to Proof of Claim No. 5-1 filed in Case No. 14-69570 and principal office address per Georgia Secretary of State

SEE ATTACHED FOR ADDITIONAL CREDITORS

This 16th day of July, 2018

/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

```
Label Matrix for local noticing          AmerAssist/AR Solutions              American Agencies LLC
113E-1                                   Attn: Kovacks                        2491 Paxton St
Case 14-69570-lrc                        460 Polaris Parkway      Ste. 20     Harrisburg, PA 17111-1036
Northern District of Georgia             Westerville, OH 43082-8212
Atlanta
Mon Jul 16 14:10:18 EDT 2018

American Infosource LP                   (p)BANK OF AMERICA                   Benfcl/hfc
PO Box 268941                            PO BOX 982238                        Po Box 3425
Oklahoma City, OK 73126-8941             EL PASO TX 79998-2238                Buffalo, NY 14240-3425



(p)BOULDER CREDIT SERVICES               Boulder Credit Services              Brookstone HOA
3250 W BIG BEAVER ROAD STE 101           PO Box 1259                          c/o Rome & Associates PC
TROY MI 48084-2902                       Troy, MI 48099-1259                  707 Whitlock Ave Ste E15
                                                                              Marietta, GA 30064-3098



Capital 1 Bank                           Cavalry Portfolio Services           Cavalry SPV I
Attn: Bankruptcy Dept.                   500 Summit Lake Dr                   PO Box 27288
Po Box 30285                             Ste 400                              Tempe, AZ 85285-7288
Salt Lake City, UT 84130-0285            Valhalla, NY 10595-2322



Cavalry SPV I, LLC                       Cba Ng                               Cobb EMC
500 Summit Lake Drive, Ste 400           64 Sailors Dr Ste 102                PO Box 369
Valhalla, NY 10595-2321                  Ellijay, GA 30540-3744               Marietta, GA 30061-0369



Melissa J. Davey                         Eastside Medical Center              Enhanced Recovery Corp
Melissa J. Davey, Standing Ch 13 Trustee PO Box 1927                          Attention: Client Services
Suite 200                                Greenville, SC 29602-1927            8014 Bayberry Rd
260 Peachtree Street, NW                                                      Jacksonville, FL 32256-7412
Atlanta, GA 30303-1236


Everest Acquistion LLC                   GECRB/JC Penny                       GMAC
177 Washington Ave                       Attention:  Bankruptcy               PO Box 4622
Marietta, GA 30090-4905                  Po Box 103104                        Waterloo, IA 50704-4622
                                         Roswell, GA 30076-9104



Galaxy Asset Purchasing                  Gas South                            Geico Card/Merrick Bank
4730 South Fort Apache Rd                PO Box 4298                          PO Box 9201 Old Bethpage
Ste 300                                  Atlanta, GA 30302-4298               Old Bethpage, NY 11804-9001
Las Vegas, NV 89147-7947



Green Point Savings                      Greenpoint Mortgage                  HFC/Beneficial Mtg Services
Po Box 130424                            7933 Preston Rd                      Attn: Bankruptcy
Roseville, MN 55113-0004                 Montezuma, GA 31063                  961 Weigel Dr
                                                                              Elmhurst, IL 60126-1058



HSBC Bank                                Homeward Residential                 Household Finance
PO Box 30253                             1525 S Beltline                      PO Box 9068
Salt Lake City, UT 84130-0253            Coppell, TX 75019-4913               Brandon, FL 33509-9068
```

| | | |
|---|---|---|
| Brian K. Jordan<br>Aldridge Pite, LLP<br>Suite 500 - Fifteen Piedmont Center<br>3575 Piedmont Road, NE<br>Atlanta, GA 30305-1636 | Kramer Linkie & Taylor, LLC<br>3565 Piedmont Road, Bldg 4<br>Suite 205<br>Atlanta, GA 30305-8204 | LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Medical Data Systems I<br>Attn: Bankruptcy<br>2001 9th Ave Ste 312<br>Vero Beach, FL 32960-6413 | Merrick Bank<br>PO Box 10368<br>Greenville, SC 29603-0368 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 |
| Ocwen Loans<br>PO Box 6440<br>Carol Stream, IL 60197-6440 | Option One Mortgage Co/American Home Mor<br>Ahmsi, Inc<br>P.O.Box  631730<br>Irving, TX 75063-0002 | Outsource Receivables<br>372 24th St Ste 300<br>Ogden, UT 84401-1438 |
| Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Suite #150<br>Dallas, TX 75247-4029 | Real Time Resolutions, Inc.<br>1349 Empire Central Drive<br>Suite 150<br>Dallas, TX 75247-4029 |
| Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Suite #150<br>Dallas, Texas 75247-4029 | (p)REAL TIME RESOLUTIONS INC<br>PO BOX 36655<br>DALLAS TX 75235-1655 | Resurgent Capital Svcs<br>55 Beattie Pl #110<br>Greenville, SC 29601-5115 |
| Rome & Associates, PC<br>707 Whitlock Ave., Ste E-15<br>Marietta, GA 30064-3098 | Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 | Stallings Fin Group<br>Po Box 4430<br>Marietta, GA 30061-4430 |
| Gary Thomas Stevens<br>1476 Fallsbrook Court<br>Acworth, GA 30101-7809 | Michelle Huetter Stevens<br>1476 Fallsbrook Court<br>Acworth, GA 30101-7809 | Taylor Bean & Whitaker<br>4901 Vineland Rd<br>Ste 120<br>Orlando, FL 32811-7187 |
| Tek-collect Inc<br>Pob 1269<br>Columbus, OH 43216-1269 | U.S. Bank National Association<br>c/o Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>P.O. BOX 24605<br>West Palm Beach,FL 33416-4605 | C. Brent Wardrop<br>Weissman PC<br>One Alliance Center, 4th Floor<br>3500 Lenox Road<br>Atlanta, GA 30326-4228 |
| Weissman Nowack Curry Wilco<br>One Alliance Center, 4th Floor<br>3500 Lenox Rd.<br>Atlanta, GA 30326-4228 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank of America                 Boulder Credit Services         (d)Fleet Cc/Bank of America
PO Box 982235                   3290 W Big Beaver Rd            Attn: Bankruptcy
El Paso, TX 79998               Ste 425                         4161 Piedmont Pkwy
                                Troy, MI 48084                  Greensboro, NC 27420


Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #150
PO Box 36655
Dallas, Texas 75247-4029




                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Ocwen Loan Servicing, LLC            (u)U.S. Bank National Association       End of Label Matrix
                                                                                Mailable recipients   54
                                                                                Bypassed recipients    2
                                                                                Total                 56
```