UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **GARY THOMAS STEVENS and** | ) | CASE NO. **14-69570- LRC** |
| **MICHELLE HUETTER STEVENS,** | ) | |
| DEBTORS. | ) | |

**CHAPTER 13 TRUSTEE'S RESPONSE TO DEBTORS' POST-CONFIRMATION MODIFICATION OF PLAN**

COMES NOW Melissa J. Davey, Standing Chapter 13 Trustee in the above-styled case, and files herewith his Response to Debtors' Post-Confirmation Modification of Plan, and respectfully shows the Court as follows:

1.

This Chapter 13 case was filed on October 6, 2014 and confirmed by the Court on April 10, 2015. The Plan currently provides for payments in the amount of $1,401.00 per month, a sixty (60) month applicable commitment period, a pool of $23,000.00 and a dividend of twelve percent (12%) to be paid to unsecured creditors.

2.

On July 16, 2018, Debtors filed a *Post-Confirmation Modification of Plan and Request for its Approval* (Doc. No. 97) ("Modification"). Debtors proposed decrease Plan payments from $1,401.01 per month to $1,032.00 per month retro to July 2018 with a matching base reduction.

3.

Trustee requests proof of the increased expenses, specifically expenses for medical and transportation expenses.

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court deny Debtors' Post-Confirmation Modification of Plan and for such other relief as this Court deems just and proper.

Dated: This the ___6___ day of August, 2018.

Respectfully submitted,

/s/
_____
Mandy K. Campbell, Attorney
For the Chapter 13 Trustee
GA Bar No.: 142676
260 Peachtree Street
Suite 200
Atlanta, GA  30303
TEL: 678-510-1444

Case No. 14-69570-LRC

## CERTIFICATE OF SERVICE

This is to certify that I have this day served:

DEBTORS:

Gary Thomas Stevens
Michelle Huetter Stevens
1476 Fallsbrook Court
Acworth, GA 30101

DEBTORS' ATTORNEY:

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

with a copy of the foregoing Chapter 13 Trustee's Response to Debtors' Post-Confirmation Modification of Plan by depositing in the United States Mail a copy of the same in a properly addressed envelope with adequate postage thereon.

Dated: This the ___6___ day of August, 2018.

/s/
Mandy K. Campbell, Attorney
For the Chapter 13 Trustee
GA Bar No.: 142676
260 Peachtree Street
Suite 200
Atlanta, GA  30303
TEL: 678-510-1444